TIMOTHY PEACEABLE *against* ROBERT WHITEHILL
and JOHN LOUSEY.

</div>

Plea of the act of limitations added in trespass for mesne profits.

TRESPASS for mesne profits, founded on a recovery in ejectment. The suit was removed by *certiorari.*

Mr. Ingersoll for the defendant obtained a rule to show a cause, why the plea of the act of limitations should not be added to the general issue; which was afterwards made absolute, on motion.

Mr. Hopkins, *pro quer.*